IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTHONY J. OLIVER,<br><br>*Plaintiff,*<br><br>v.<br><br>TYRONE OLIVER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:24-cv-00426-TES-CHW |

# ORDER ADOPTING THE UNITED STATES
# MAGISTRATE JUDGE'S RECOMMENDATION

No party objected to the United States Magistrate Judge's Recommendation [Doc. 10] regarding Plaintiff Anthony J. Oliver's Complaint [Doc. 4-1] and Motion for Preliminary Injunction [Doc. 6]. *See* [Doc. 17, ¶ 4]. The Court reviewed the Recommendation for clear error, found none, and accordingly **ADOPTS** it [Doc. 10] and **MAKES IT THE ORDER OF THE COURT**. *See* 28 U.S.C. § 636(b)(1)(C).

Accordingly, because the Court may not force the transfer of an inmate from one facility to another, the Court **DENIES** Plaintiff's Motion for Preliminary Injunction [Doc. 6]. Next, the Court **DISMISSES without prejudice** Plaintiff's claims under the Americans with Disabilities Act and Rehabilitation Act against Defendants Oliver, Mantle, and Lewis in both their official and individual capacities for failure to state a claim. *See* [Doc. 4-1, ¶¶ 55–69].

**SO ORDERED**, this 13th day of May, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
