IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANTHONY OLIVER,                              *

                        Plaintiff,          *

v.                                           Case No.  5:24-cv-00426-TES-CHW
                                             *

TYRONE OLIVER,                               *

            Defendant's.                     *

_____            *

### J U D G M E N T

Pursuant to this Court's Order dated 5/13/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 14th day of May, 2025.

                              David W. Bunt, Clerk


                              s/ Erin Pettigrew, Deputy Clerk